UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEAMSTERS LOCAL 456 PENSION,
HEALTH & WELFARE, ANNUITY,
EDUCATION & TRAINING, INDUSTRY
ADVANCEMENT, AND LEGAL SERVICES
FUNDS, by Louis A. Picani, Joseph Sansone,
Dominick Cassanelli, Jr., Jeffrey Singer, Ross
Pepe, and John T. Cooney as Trustees and
fiduciaries of the Funds, et al.,

                                    Plaintiffs,

                    -against-

REGIONAL TRUCKING INC., et al.,

                                    Defendants.

**ORDER**

24-CV-00530 (PMH)

PHILIP M. HALPERN, United States District Judge:

On April 15, 2024, the Court issued an Order to Show Cause for Default Judgment, directing that Defendants Regional Trucking, Inc. and Autumn Mosca show cause on May 24, 2024, why an Order pursuant to Fed. R. Civ. P. 55 should not be issued. (Doc. 22). The Order to Show Cause directed service of a copy thereof, together with the papers upon which it is based, upon Defendants by personal service and overnight mail by April 26, 2024. (*Id*.). Defendants' opposition was due by May 24, 2024. (*Id*.).

Plaintiffs have advised that they learned Defendants no longer reside at the address where service was originally effectuated and upon learning of a new address, served Defendant Mosca via substitute service. (Doc. 27; Doc. 30). Plaintiffs take the position that service upon Defendant Regional Trucking was adequately effectuated. (Doc. 30). Defendants have not filed any opposition to the Order to Show Cause to date.

Without opining on the sufficiency of the service of the Order to Show Cause, the Order to Show Cause is hereby amended and supplemented such that it is now returnable on **July 12, 2024**. Defendants' opposition papers shall be served and filed by **July 12, 2024**. Defendants are reminded that failure to respond to the Order to Show Cause may be grounds for the granting of default judgment against them.

Service of a copy of this Order and the Order to Show Cause, together with the papers upon which it is based, shall be made by **June 13, 2024** upon Defendant Regional Trucking via Secretary of State; and upon Defendant Mosca via personal service. Plaintiffs shall file proof of service by **June 28, 2024**.

**SO ORDERED:**

Dated:   White Plains, New York
         May 30, 2024

_____
PHILIP M. HALPERN
United States District Judge